IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATAWNYA COWAN,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, SHANNON GROTRIAN, Director, Office of Economic Assistance, Individual and Official capacity; and JENNIFER LLOYD, Case Worker, Individual and Official capacity;<br><br>                Defendants. | **8:25CV163**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On October 21, 2025, the Clerk of the Court sent an order to Plaintiff at her e-mail address on file with the Court and it was returned to this Court as undeliverable. *See* Filing No. 8. The Clerk of the Court also attempted to contact Plaintiff via telephone, but all phone numbers previously provided by Plaintiff were invalid. Additionally, the Clerk of the Court sent an e-mail to an alternative e-mail address provided by Plaintiff in her Complaint, *see* Filing No. 1 at 1, and received an unsigned response that Plaintiff is deceased. Plaintiff has an obligation to keep the Court informed of her current e-mail and mailing addresses at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update her contact information, including her e-mail, mailing address, and phone number, within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this order to Plaintiff at the e-mail address and mailing address on file with the Court and to the following mailing address: Social & Legal Advocacy, 299 17th Street, San Diego, CA 92101.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 26, 2025**: check for address.

Dated this 27th day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge