IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATAWNYA COWAN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, SHANNON GROTRIAN, Director, Office of Economic Assistance, Individual and Official capacity; and JENNIFER LLOYD, Case Worker, Individual and Official capacity;<br><br>Defendants. | **8:25CV163**<br><br>**MEMORANDUM AND ORDER** |

On November 18, 2025, the Court ordered Plaintiff to file an amended complaint and to update her address with the Court within 30 days or face dismissal of this action. Filing No. 11. To date, Plaintiff has not filed an amended complaint, updated her address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 29th day of December, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge